# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| FRANTZY POINVIL | ) | Case No. 16-12002-BFK |
| | ) | Chapter 13 |
| Debtor | ) | |

## MOTION FOR VOLUNTARY
## DISMISSAL OF CHAPTER 13 CASE UNDER §1307(b)

COMES NOW Debtor Frantzy Poinvil through his counsel Tommy Andrews Jr. and Tommy Andrews Jr. PC and represents as follows:

1. This Chapter 13 case has not been converted to Chapter 13 from another chapter of Title 11.
2. This case was filed on June 08, 2016.
3. Under 11 U.S.C. §1307(b), a Debtor is entitled to have his Chapter 13 case dismissed at any time. Counsel, by this Motion on behalf of Debtor, requests that this case, bearing the case # 17-10680-BFK, be dismissed.

**WHEREFORE**, Debtor moves this Honorable Court to enter an order dismissing this case without prejudice and for such other and further relief as this Honorable Court deems just and proper under the law.

Respectfully submitted,
TOMMY ANDREWS Jr., counsel for
FRANTZY POINVIL

/s/ Tommy Andrews Jr.
Tommy Andrews, Jr., Esq. #28544
Tommy Andrews, Jr., P.C.
122 North Alfred Street
Alexandria, Virginia 22314

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 25th day of August, 2017, a copy of the foregoing Debtor's Motion of Voluntary Dismissal of Chapter 13 Case Under §1307(b) was served by first class mail, postage prepaid, by hand delivered, and/or by ECF system to the Chapter 13 Trustee, the US Trustee and all creditors and interested parties.

*/s/ Tommy Andrews Jr.*
Tommy Andrews, Jr.